1018

No. 98–1138. SCOTT v. NORFOLK SOUTHERN CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–1145. BREWSTER v. BOARD OF EDUCATION OF LYNWOOD UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1146. SCHLEIFER, A MINOR, BY SCHLEIFER, ET AL. v. CITY OF CHARLOTTESVILLE. C. A. 4th Cir. Certiorari denied.

No. 98–1147. VAN POYCK v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 98–1148. CAMPBELL ET UX., AS NEXT FRIENDS OF CAMPBELL v. MCALISTER. C. A. 5th Cir. Certiorari denied.

No. 98–1151. CONSTANT v. ADVANCED MICRO-DEVICES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1154. ABF FREIGHT SYSTEM, INC. v. WEBB. C. A. 10th Cir. Certiorari denied.

No. 98–1164. COLWELL ET AL. v. SUFFOLK COUNTY POLICE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1166. NAZARYAN ET AL. v. SIMPSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1169. BAXTER ET AL. v. HOLY CROSS HOSPITAL OF SILVER SPRING, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–1174. BRANCHBURG PLAZA ASSOCIATES, L. P. v. FESQ. C. A. 3d Cir. Certiorari denied.

No. 98–1176. INSITUFORM TECHNOLOGIES, INC., ET AL. v. CAT CONTRACTING, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 98–1182. GOLD ET AL. v. HARRISON ET AL. Sup. Ct. Haw. Certiorari denied.